# U.S. District Court
# Northern District of Iowa (Central Division)
# CRIMINAL DOCKET FOR CASE #: 3:03−cr−03021−LRR All Defendants
*Internal Use Only*

Case title: United States of America v. Mugan     Date Filed: 04/11/2003

**Interested Party**

**US Probation**     represented by     **uspNotify**
Email: pocrecm@ianp.uscourts.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

Assigned to: Chief Judge Linda R Reade
Referred to: Magistrate Judge Jon S Scoles

Appeals court case numbers: '03−2877' '8th circuit', '03−4074' '8th Circuit', '09−2067' '8th Circuit'

**Defendant (1)**

**Allan Mugan**     represented by     **Allan Mugan**
*TERMINATED: 12/23/2003*
08953−029
ENGLEWOOD
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
9595 WEST QUINCY AVENUE
LITTLETON, CO 80123
*PRO SE*

**Anne M Laverty**
Mullin &Laverty, LC
1636 42nd Street NE
**ECF
Cedar Rapids, IA 52402
319 395 9191
Fax: 395 9192
Email: alaverty@mullinlaverty.com
*TERMINATED: 08/29/2006*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**James P McGuire**
McGuire Law Firm
101 South Delaware Avenue
**ECF
Mason City, IA 50401–3996
641 424 1614
Fax: 424 1568
Email: jpmcguire@mcguirelawfirm.com
*TERMINATED: 07/29/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**JoAnne Lilledahl**
*TERMINATED: 04/21/2003*
*Designation: Public Defender or Community Defender Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:2251(a) and 2256(a),(2)(A) &(E), (3),(5) &(8)(A).F SEXUAL EXPLOITATION OF CHILDREN (1) | 240 months imprisonment; 3 yrs supervised release; assessment |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| 18:2252A(a)(5)(B) and 2256(a), (2)(A) &(E), (5) &(8)(A).F ACTIVITIES RE MATERIAL CONSTITUTING/CONTAINING CHILD PORNO (2) | Dismissed |

**Highest Offense Level (Terminated)**

Felony

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

**United States of America**     represented by  **Sean R Berry**
US Attorney's Office
Northern District of Iowa

111 7th Avenue SE
Box 1
**ECF
Cedar Rapids, IA 52401
319 363 6333
Fax: 363 1990
Email: sean.berry@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 04/11/2003 | 1 | | INDICTMENT by USA Counts filed against Allan Mugan (1) count(s) 1, 2 MJJ Modified on 04/14/2003 (ksy). (Entered: 04/14/2003) |
| 04/11/2003 | 2 | | PRAECIPE FOR WARRANT to Marshal for svc as to Allan Mugan MJJ Modified on 04/14/2003 (ksy). (Entered: 04/14/2003) |
| 04/11/2003 | 3 | | ORDER SEALING INDICTMENT AND WARRANT by Judge Linda R. Reade as to defendant Allan Mugan; sealing case until arrest of the defendant (cc: all counsel,USM,USP) MJJ Modified on 04/14/2003 (ksy). (Entered: 04/14/2003) |
| 04/18/2003 | 4 | | CLERK'S COURT MINUTES as to defendant Allan Mugan before Chief Mag Judge John A. Jarvey dft Allan Mugan arraigned; NOT GUILTY plea entered; Attorney Joanne Lilledahl present for arraignment only; Atty James P McGuire will be retained; Detention Hearing set for 4/21/03 at 4:00; Trial date: 6/16/03; COURT REPORTER Taped 2001A MJJ (ksy). (Entered: 04/18/2003) |
| 04/18/2003 | 5 | | ORDER OF TEMPORARY DETENTION by Chief Mag Judge John A. Jarvey as to defendant Allan Mugan DETENTION HEARING set for 4:00 4/21/03 for Allan Mugan w/Judge Jarvey Cedar Rapids (cc: all counsel,USM,USP) MJJ (ksy). (Entered: 04/18/2003) |
| 04/18/2003 | 6 | | TRIAL SCHEDULING AND MANAGEMENT ORDER by Chief Mag Judge John A. Jarvey: Pretrial Motions ddl: 5/16/03; JURY TRIAL: 8:00 6/16/03 for Allan Mugan as to defendant Allan Mugan w/Judge Reade Cedar Rapids (cc: all counsel,USM,USP) MJJ (ksy). (Entered: 04/18/2003) |
| 04/18/2003 | 7 | | WARRANT w/Marshal's return executed as to defendant Allan Mugan; defendant arrested on 4/18/03 MJJ (ksy). (Entered: 04/18/2003) |
| 04/21/2003 | 8 | | CLERK'S COURT MINUTES w/Exhibit List (Exhibit 1 under seal) as to defendant Allan Mugan before Chief Mag Judge John A. Jarvey DETENTION HEARING held on 4/21/03; plaintiff motion for detention is granted; order to follow; COURT REPORTER Tracy Lamp MJJ (ksy). (Additional attachment(s) added on 6/27/2013: # 1 Sealed Exhibit 1) (ksy). (Entered: 04/22/2003) |
| 04/23/2003 | 9 | | STIPULATED DISCOVERY ORDER by Chief Mag Judge John A. Jarvey as to Allan Mugan (cc: all counsel) MJJ (ksy). (Entered: 04/23/2003) |
| 04/23/2003 | 10 | | ORDER by Chief Mag Judge John A. Jarvey as to defendant Allan Mugan: USA's motion for detention is granted; defendant is committed to the custody |

| | | | |
|---|---|---|---|
| | | | of the Attorney General for confinement; the Attorney General shall afford the defendant private consultation with counsel while detained (cc: all counsel,USM,USP) MJJ (ksy). (Entered: 04/23/2003) |
| 04/23/2003 | 11 | | ORDER by Chief Mag Judge John A. Jarvey as to defendant Allan Mugan STATUS HEARING set for 1:00 5/9/03 for Allan Mugan w/Judge Jarvey Cedar Rapids (cc: all counsel,USM,USP) MJJ (ksy). (Entered: 04/23/2003) |
| 05/14/2003 | 12 | | MOTION to continue trial by Allan Mugan assigned to Judge Linda R. Reade MJJ (ksy). (Entered: 05/14/2003) |
| 05/14/2003 | 13 | | ORDER by Judge Linda R. Reade as to defendant Allan Mugan denying defendant's motion to continue trial [12–1] (cc: all counsel,USM,USP) MJJ (ksy). (Entered: 05/14/2003) |
| 05/16/2003 | 14 | | MOTION to dismiss indictment by Allan Mugan assigned to Judge Linda R. Reade MJJ (ksy). (Entered: 05/16/2003) |
| 05/21/2003 | 15 | | ORDER by Judge Linda R. Reade as to defendant Allan Mugan setting motion to dismiss indictment [14–1] for a MOTION HEARING at 8:00 am on 6/6/03 for Allan Mugan w/Judge Reade Cedar Rapids (cc: all counsel,USM,USP) MJJ (ksy). (Entered: 05/21/2003) |
| 05/23/2003 | 16 | | ORDER by Judge Linda R. Reade as to defendant Allan Mugan, plaintiff USA PRETRIAL CONFERENCE set for 8:00am 6/23/03 , JURY SELECTION and TRIAL set for 9:00am 6/23/03 w/Judge Reade Third Floor (cc: all counsel,USM,USP) KSY (ksy). (Entered: 05/23/2003) |
| 05/28/2003 | 17 | | RESISTANCE by plaintiff USA to motion to dismiss indictment [14–1] as to defendant Allan Mugan DES (ksy). (Entered: 05/28/2003) |
| 05/28/2003 | 18 | | MEMORANDUM IN SUPPORT of resistance {17} to defendant's motion to dismiss indictment [14–1] by plaintiff USA as to defendant Allan Mugan DES (ksy). (Entered: 05/28/2003) |
| 05/30/2003 | 19 | | MOTION by USA to vacate or in the alternative to reset hearing date as to Allan Mugan assigned to Judge Linda R. Reade MJJ (ksy). (Entered: 05/30/2003) |
| 06/02/2003 | 20 | | ORDER by Judge Linda R. Reade as to defendant Allan Mugan resetting motion to dismiss [14–1] to 8:30 6/16/03 for Allan Mugan w/Judge Reade Cedar Rapids; upon the filing of the stipulation as directed, the hearing scheduled for 6/16/03 is cancelled (cc: all counsel,USM,USP) MJJ (ksy). (Entered: 06/02/2003) |
| 06/04/2003 | 21 | | MOTION for withdrawal of attorney James McGuire from representation by Allan Mugan assigned to Chief Mag Judge John A. Jarvey MJJ (ksy). (Entered: 06/04/2003) |
| 06/04/2003 | 22 | | ORDER by Chief Mag Judge John A. Jarvey as to defendant Allan Mugan setting defense counsel James McGuire's motion for withdrawal [21–1] for MOTION HEARING at 12:00 noon on 6/9/03 w/Judge Jarvey Cedar Rapids (cc: all counsel,USM,USP) MJJ (ksy). (Entered: 06/04/2003) |
| 06/09/2003 | 23 | | CLERK'S COURT MINUTES w/Exhibit List (#1 Plea Agreement) as to defendant Allan Mugan before Chief Mag Judge John A. Jarvey denying |

| | | | |
|---|---|---|---|
| | | | defendant's motion for withdrawal of attorney; James McGuire will continue as defendant's attorney [21–1]; defendant plead to Counts 1 of Indictment (conditional re motion to dismiss); court recommends that plea of guilty be accepted; COURT REPORTER Tracy Lamp MJJ (skm). (Additional attachment(s) added on 6/27/2013: # 1 Main Document) (ksy). (Entered: 06/09/2003) |
| 06/09/2003 | 24 | | NOTICE RE ENTRY OF PLEA OF GUILTY and CONSENT TO PROCEED BEFORE MAG JUDGE by defendant Allan Mugan MJJ (ksy). (Entered: 06/09/2003) |
| 06/09/2003 | 25 | | REPORT AND RECOMMENDATION RE PLEA by Chief Mag Judge John A. Jarvey as to defendant Allan Mugan and that court shall accept defendant's plea of guilty to Count 1 of Indictment and that defendant was told he could withdraw plea if his motion to dismiss was granted (cc: all counsel,USP,USM) MJJ (ksy). (Entered: 06/09/2003) |
| 06/13/2003 | 26 | | STIPULATION IN RESPONSE that defendant's motion to dismiss the indictment may be decided by the court without a hearing [14–1] as to Allan Mugan MJJ (ksy). (Entered: 06/13/2003) |
| 06/13/2003 | 27 | | ORDER cancelling 06/16/03 hearing on Motion to Dismiss Indictment. Motion submitted on briefs. Signed by Judge Linda R Reade on 06/13/03. (mem) (Entered: 06/16/2003) |
| 06/24/2003 | 28 | | ORDER adopting Report and Recommendations re plea of guilty to Count 1 of the Indictment 25 as to Allan Mugan (1). Signed by Judge Linda R Reade on 06/24/03. (gcla, ) (Entered: 06/24/2003) |
| 07/09/2003 | 29 | | ORDER denying 14 Motion to Dismiss as to Allan Mugan (1). Signed by Judge Linda R Reade on 7/9/03. (mem) (Entered: 07/09/2003) |
| 07/21/2003 | 30 | | MOTION to Withdraw as Attorney by James P. McGuire. by Defendant Allan Mugan. (dp) (Entered: 07/21/2003) |
| 07/21/2003 | 31 | | NOTICE OF APPEAL (Interlocutory) by Defendant Allan Mugan re 29 Order on Motion to Dismiss. Fee not paid. Attorney has been notified of $105.00 filing fee. (dp) (Entered: 07/21/2003) |
| 07/21/2003 | | | Transmission of Notice of Appeal and Docket Sheet as to Defendant Allan Mugan to US Court of Appeals re 31 Notice of Appeal – Interlocutory (dp) (Entered: 07/21/2003) |
| 07/23/2003 | 32 | | ORDER Setting Hearing on 30 MOTION to Withdraw as Attorney by James P. McGuire.: Motion Hearing set for 7/29/2003 at 10:00 AM CR 2nd Fl Ct before Judge John A. Jarvey. Signed by Judge John A Jarvey on 7/22/03. (ksy, ) (Entered: 07/23/2003) |
| 07/24/2003 | | | USCA Case Number as to Defendant Allan Mugan 03–2877 for 31 Notice of Appeal – Interlocutory filed by Allan Mugan. (dp) (Entered: 07/24/2003) |
| 07/28/2003 | 33 | | USCA Appeal Fees received $ 105, receipt number 119636 as to Defendant Allan Mugan re 31 Notice of Appeal – Interlocutory: (dp) (Entered: 07/28/2003) |
| 07/28/2003 | | | Remark – 2 copies of updated docket sheet sent to 8th Circuit (dp) (Entered: |

| | | | |
|---|---|---|---|
| | | | 07/28/2003) |
| 07/29/2003 | 34 | | ORDER granting 30 Motion to Withdraw as Attorney. James P McGuire withdrawn from case as to Allan Mugan (1). Clerk's office to appoint substitute counsel. Signed by Judge John A Jarvey on 07/29/03. (mem) (Entered: 07/29/2003) |
| 07/29/2003 | 35 | | Minute Entry for proceedings held before Judge John A Jarvey :Motion Hearing as to Defendant Allan Mugan held on 7/29/2003 re 30 MOTION to Withdraw as Attorney by James P. McGuire filed by Allan Mugan. (Court Reporter Tracy Lamp.) (mem) (Entered: 07/29/2003) |
| 07/30/2003 | 36 | | CJA 20 as to Defendant Allan Mugan : Appointment of Attorney Anne M Laverty for Allan Mugan. Signed by Judge Clerk on 7/30/03. (CJA 20 w/attachment and copy of file to Ms. Laverty) (deve) (Entered: 07/30/2003) |
| 07/31/2003 | 37 | | NOTICE OF ATTORNEY APPEARANCE: Anne M Laverty appearing for Defendant Allan Mugan (ksy, ) (Entered: 07/31/2003) |
| 08/01/2003 | 38 | | SEALED/EX PARTE MOTION by Defendant Allan Mugan. (deve) (ksy). (Entered: 08/01/2003) |
| 08/05/2003 | 39 | | *SEALED* SEALED ORDER for Advanced Authorizationgranting 38 Sealed Motion as to Allan Mugan (1). Signed by Judge John A Jarvey on 8/5/03. (deve) (ksy). (Entered: 08/05/2003) |
| 09/26/2003 | 40 | | JUDGMENT/MANDATE of USCA (certified copy) as to Defendant Allan Mugan re 31 Notice of Appeal – Interlocutory. Ordered that this appeal be dismissed for lack of jurisdiction. (dp) (Entered: 09/26/2003) |
| 10/16/2003 | 41 | | SEALED PRESENTENCE INVESTIGATION REPORT as to Defendant Allan Mugan (HOUSED SEPARATELY w/Statement of Reasons) (deve) (Additional attachment(s) added on 6/27/2013: # 1 Sealed SOR) (ksy). (Entered: 10/20/2003) |
| 10/16/2003 | 42 | | SEALED SENTENCING RECOMMENDATION as to Defendant Allan Mugan. (HOUSED SEPARATELY) (deve) (Entered: 10/20/2003) |
| 10/20/2003 | 43 | | ORDER SETTING HEARINGS as to Defendant Allan Mugan. Sentencing set for 11/25/2003 3:30 PM in CR 3rd Fl Ct before Judge Linda R Reade. Signed by Judge Linda R Reade on 10/17/03. (ksy, ) (Entered: 10/20/2003) |
| 10/27/2003 | 44 | | SEALED PRESENTENCE INVESTIGATION REPORT as to Defendant Allan Mugan (HOUSED SEPARATELY w/Statement of Reasons). (dsr) (ksy). (Entered: 10/28/2003) |
| 10/27/2003 | 45 | | SEALED SENTENCING RECOMMENDATION as to Defendant Allan Mugan. (HOUSED SEPARATELY).(dsr) (ksy). (Main Document 45 replaced on 6/27/2013) (ksy). (Entered: 10/28/2003) |
| 11/06/2003 | 46 | | MOTION to Continue Sentencing Hearing by Defendant Allan Mugan. (Laverty, Anne) (Entered: 11/06/2003) |
| 11/10/2003 | 47 | | MOTION to Continue Sentencing Hearing by Defendant Allan Mugan. (Laverty, Anne) (Entered: 11/10/2003) |
| 11/18/2003 | 48 | | |

| | | | |
|---|---|---|---|
| | | | ORDER denying 46 Motion to Continue as to Allan Mugan (1); denying 47 Motion to Continue as to Allan Mugan (1). Sentencing will proceed as scheduled on 11/25/03 at 3:30 p.m. Signed by Judge Linda R Reade on 11/17/03. (ksy, ) (Entered: 11/18/2003) |
| 11/18/2003 | 49 | | *ORAL ARGUMENT REQUESTED – MOTION to Withdraw Plea of Guilty by Defendant Allan Mugan. (Attachments: # 1 Brief)(Laverty, Anne) (Entered: 11/18/2003) |
| 11/19/2003 | 50 | | SENTENCING MEMORANDUM by United States of America as to Defendant Allan Mugan (Berry, Sean) (Entered: 11/19/2003) |
| 11/19/2003 | 51 | | ORDER Setting Hearing on 49 *ORAL ARGUMENT REQUESTED – MOTION to Withdraw Plea of Guilty for 11/25/2003 at 03:30 PM CR 3rd Fl Ct. Sentencing to follow, if necessary. Signed by Judge Linda R Reade on 11/19/03. (mem) (Entered: 11/19/2003) |
| 11/19/2003 | 52 | | SENTENCING MEMORANDUM by Defendant Allan Mugan (Laverty, Anne) (Entered: 11/19/2003) |
| 11/24/2003 | 53 | | RESISTANCE by United States of America as to Defendant Allan Mugan re 49 *ORAL ARGUMENT REQUESTED – MOTION to Withdraw Plea of Guilty (Berry, Sean) (Entered: 11/24/2003) |
| 11/24/2003 | 55 | | TRANSCRIPT of Guilty Plea Proceedings as to Defendant Allan Mugan held on 06/09/03 before Judge Jarvey. Court Reporter: Tracy Lamp. To obtain a copy of the transcript, contact Tracy Lamp, 319/626–7616. (mem) (Additional attachment(s) added on 6/27/2013: # 1 Main Document) (ksy). (Entered: 11/26/2003) |
| 11/25/2003 | 54 | | ORDER Re–Setting Hearing on Motion as to Defendant Allan Mugan 49 *ORAL ARGUMENT REQUESTED – MOTION to Withdraw Plea of Guilty: Motion Hearing reset for 12/22/2003 at 10:30 AM CR 3rd Fl Ct for 49 , . Signed by Judge Linda R Reade on 11/25/03. (deve) (Entered: 11/25/2003) |
| 12/15/2003 | 56 | | ADDENDUM TO SENTENCING MEMORANDUM by United States of America as to Defendant Allan Mugan (Berry, Sean) (Entered: 12/15/2003) |
| 12/15/2003 | 57 | | MOTION to Continue Hearing on Motion to Withdraw Guilty Plea by Defendant Allan Mugan. (Laverty, Anne) (Entered: 12/15/2003) |
| 12/16/2003 | 58 | | RESISTANCE by United States of America as to Defendant Allan Mugan re 57 MOTION to Continue Hearing on Motion to Withdraw Guilty Plea (Berry, Sean) (Entered: 12/16/2003) |
| 12/16/2003 | 59 | | ORDER denying 57 Motion to Continue as to Allan Mugan (1). Signed by Judge Linda R Reade on 12/16/03. (ksy, ) (Entered: 12/16/2003) |
| 12/19/2003 | 60 | | SUPPLEMENT/ADDENDUM 49 *ORAL ARGUMENT REQUESTED – MOTION to Withdraw Plea of Guilty filed by Allan Mugan by Defendant Allan Mugan (Laverty, Anne) (Entered: 12/19/2003) |
| 12/23/2003 | 61 | | ORDER denying 49 Motion to Withdraw Plea of Guilty as to Allan Mugan (1). Signed by Judge Linda R Reade on 12/23/03. (mem) (Entered: 12/23/2003) |

| 12/23/2003 | 62 | | Minute Entry for proceedings held before Judge Linda R Reade:Motion Hearing held on 12/23/2003 re 49 MOTION to Withdraw Plea of Guilty filed by Allan Mugan; sentencing held on 12/23/2003 as to defendant Allan Mugan. (Court Reporter Patrice Murray.) (mem) (Additional attachment(s) added on 6/27/2013: # 1 Def Exhibits A–E, # 2 Plf Exhibits 1–9, # 3 Plf Exhibit 14) (ksy). (Entered: 12/23/2003) |
|---|---|---|---|
| 12/23/2003 | 63 | | JUDGMENT as to Defendant Allan Mugan (1), Count(s) 1, 240 months imprisonment; 3 yrs supervised release; $100 assessment, $4,500 restitution; Count(s) 2, Dismissed Judgment Book # 30 Document # 16 . Signed by Judge Linda R Reade on 12/23/03. (gcla, ) Modified on 12/29/2003 (gcla, ). (Entered: 12/23/2003) |
| 12/23/2003 | 64 | | NOTICE OF APPEAL by Defendant Allan Mugan re 63 Judgment, 61 Order on Motion to Withdraw Plea of Guilty (Laverty, Anne) (Entered: 12/23/2003) |
| 12/24/2003 | | | Transmission of Notice of Appeal Packets as to Defendant Allan Mugan to US Court of Appeals re 64 Notice of Appeal – Final Judgment (dp) (Entered: 12/24/2003) |
| 12/30/2003 | | | USCA Case Number as to Defendant Allan Mugan 03–4074 for 64 Notice of Appeal – Final Judgment filed by Allan Mugan. Appeal Record due by 1/14/2004. Transcript due by 1/12/2004. (dp) (Entered: 12/30/2003) |
| 01/06/2004 | 65 | | CJA 20 as to Defendant Allan Mugan: Authorization to Pay Anne Laverty Amount: $4,989.26, Voucher #46290320509. Signed by Judge Linda R Reade on 01/05/2004. (dsr) (Entered: 01/06/2004) |
| 01/06/2004 | 66 | | CJA 21 as to Defendant Allan Mugan: Authorization to Pay Willey, O'Brien, Mullin, Laverty &Hanrahan, LC $495.00 for Expert Services, Voucher #46290321902. Signed by Judge Linda R Reade on 01/05/2004. (dsr) (Entered: 01/06/2004) |
| 01/12/2004 | 67 | | TRANSCRIPT of Withdrawal of Guilty Plea Hearing and Sentencing Proceedings as to Defendant Allan Mugan held on 12/22/03 before Judge Reade. Court Reporter: Patrice Murray. To obtain a copy of this transcript, contact Patrice Murray: 319/286–2324. (mem) Modified on 1/12/2004 to add reporter information. (Additional attachment(s) added on 6/27/2013: # 1 Main Document) (ksy). (Entered: 01/12/2004) |
| 01/12/2004 | | | Certified and Transmitted Clerk's Record as to Defendant Allan Mugan to US Court of Appeals re 64 Notice of Appeal – Final Judgment (dp) (Entered: 01/12/2004) |
| 01/21/2004 | 68 | | CJA 24 as to Defendant Allan Mugan : Authorization to Pay Patrice Murray $ 754.60 for Transcript, Voucher # 46290324885. Signed by Judge John A Jarvey on 1/16/04. (deve) (Entered: 01/21/2004) |
| 01/27/2004 | 69 | | Judgment Returned Executed as to Defendant Allan Mugan. Delivered on 01/20/04 to FCI Memphis, TN. (mem) (Entered: 01/28/2004) |
| 02/26/2004 | 70 | | CJA 24 as to Defendant Allan Mugan: Authorization to Pay Tracy Lamp $110.90 for Transcript, Voucher # 46290324769. . Signed by Judge John A Jarvey on 6/26/04. (mj) (Entered: 02/26/2004) |

| | | | |
|---|---|---|---|
| 03/16/2004 | 71 | | TRANSCRIPT of Detention Hearing Proceedings as to Defendant Allan Mugan held on 4/21/03 before Judge Jarvey. Court Reporter: Tracy Lamp. (For complete copy of transcript contact: Tracy Lamp at (319) 626–7616). (ksy, ) (Additional attachment(s) added on 6/27/2013: # 1 Main Document) (ksy). (Entered: 03/16/2004) |
| 03/16/2004 | | | Appeal Remark as to Defendant Allan Mugan re 64 Notice of Appeal – Final Judgment. Detention Hearing Transcript (1 volume) sent to 8th Circuit. (dp) (Entered: 03/16/2004) |
| 03/25/2004 | 72 | | CJA 24 as to Defendant Allan Mugan : Authorization to Pay Tracy Lamp $202.20 for Transcript, Voucher # 4629042424. Signed by Judge John A Jarvey on 3/24/04. (deve) (Entered: 03/25/2004) |
| 08/15/2005 | 75 | | ORDER/OPINION of USCA (certified copy) as to Defendant Allan Mugan re 31 Notice of Appeal – Interlocutory/2255, 64 Notice of Appeal – Final Judgment: Affirmed. (ksy, ) (Entered: 08/23/2005) |
| 08/15/2005 | 76 | | JUDGMENT of USCA (certified copy) as to Allan Mugan re 31 Notice of Appeal – Interlocutory/2255, 64 Notice of Appeal – Final Judgment: It is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court. (ksy, ) (Entered: 08/23/2005) |
| 09/13/2005 | | | Appeal Remark as to Defendant Allan Mugan re 64 Notice of Appeal – Final Judgment: Detention Hearing Transcript dated 4/21/03 (1 vol), Guilty Plea Hearing Transcript dated 6/9/03 (1 vol), Withdrawal of Guilty Plea Hearing and Sentencing Hearing Transcript dated 12/22/03 (1 vol) returned from 8th Circuit. (ksy, ) (Entered: 09/13/2005) |
| 12/28/2005 | 78 | | ORDER of USCA (certified copy) as to Defendant Allan Mugan re 64 Notice of Appeal – Final Judgment: The mandate is hereby recalled and the case reopened. The US Supreme Court having granted certiorari in this case, vacated our earlier judgment, and remanded for further proceedings. The court now requests additional briefing on any Booker issue. Additional briefs are due by 1/11/06 and a short reply by 1/16/06, if appellant chooses to submit one. (ksy, ) (Entered: 12/28/2005) |
| 01/05/2006 | 79 | | PRO SE MOTION for Order Forcing Document Presentation from James McGuire, Attorney at Law, and Michael Mugan, Power of Attorney by Defendant Allan Mugan. (Copies to Atty McGuire, Michael Mugan and nef to Allan Mugan) (mj) (Entered: 01/05/2006) |
| 01/09/2006 | 80 | | ORDER denying 79 Motion for discovery as to Allan Mugan (1). Signed by Judge John A Jarvey on 1/6/2006. (Jarvey, John) Modified on 1/10/2006–copy mailed w/nef to Mr. Mugan (de). Modified on 1/11/2006 (Copy also faxed to Atty McGuire per request) (mj). (Entered: 01/09/2006) |
| 01/31/2006 | | | Appeal Remark as to Defendant Allan Mugan re 64 Notice of Appeal – Final Judgment: Guilty Plea Hearing transcript dated 6/9/03 (1 vol), Withdrawal of Guilty Plea Hearing &Sentencing transcript dated 12/22/06 (1 vol) and Detention Hearing transcript dated 4/21/03 (1 vol) sent to 8th Circuit attn: Scott L as requested. (ksy, ) (Entered: 01/31/2006) |
| 05/08/2006 | 87 | | ORDER/OPINION of USCA (certified copy) as to Defendant Allan Mugan |

| | | | |
|---|---|---|---|
| | | | re 64 Notice of Appeal – Final Judgment: We affirm the judgment. (ksy, ) (Entered: 05/10/2006) |
| 05/08/2006 | 88 | | JUDGMENT of USCA (certified copy) as to Allan Mugan re 64 Notice of Appeal – Final Judgment: It is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court. (ksy, ) (Entered: 05/10/2006) |
| 05/25/2006 | | | Appeal Remark as to Defendant Allan Mugan re 64 Notice of Appeal – Final Judgment: Guilty Plea Hrg Trans dated 6/9/03 (1 vol), Withdrawal of Guilty Plea Hrg and Sentencing Trans dated 12/22/03 (1 vol), and Detention Hrg Trarns dated 4/21/03 (1 vol) returned from 8th Circuit.(ksy) (Entered: 05/25/2006) |
| 08/24/2006 | 92 | | MOTION to Withdraw as Attorney by Anne M. Laverty. by Defendant Allan Mugan. (Laverty, Anne) (Entered: 08/24/2006) |
| 08/29/2006 | 93 | | ORDER granting 92 Motion to Withdraw as Attorney. Anne M Laverty withdrawn from case. as to Allan Mugan (1). Signed by Judge John A Jarvey on 8/29/2006. (Jarvey, John) Text modified on 8/29/2006 to reflect copy faxed to A. Laverty (mem). (Entered: 08/29/2006) |
| 09/22/2006 | 94 | | PRO SE MOTION to Appoint Counsel by Defendant Allan Mugan. Copy of NEF to Defendant. (ksy, ) (Entered: 09/22/2006) |
| 09/24/2006 | 95 | | ORDER denying 94 Motion to Appoint Counsel as to Allan Mugan (1). Signed by Judge John A Jarvey on 9/24/2006. (Jarvey, John) Modified on 9/25/2006–order w/nef mailed to pro se party (de). (Entered: 09/24/2006) |
| 01/05/2007 | 98 | | PRO SE MOTION for Recusal by Defendant Allan Mugan. Copy of NEF to Defendant. (ksy, ) (Entered: 01/05/2007) |
| 01/09/2007 | 99 | | ORDER denying 98 Motion for Recusal as to Allan Mugan (1). Signed by Judge Linda R Reade on 1/9/2007. (mem) (Entered: 01/09/2007) |
| 01/22/2007 | 101 | | SUPPLEMENT re 98 MOTION for Recusal filed by Allan Mugan, by Defendant Allan Mugan. (nef to pro se filer) (PDY notified of filing) (de) (Entered: 01/22/2007) |
| 01/22/2007 | | | Mail Returned as Undeliverable. Mail sent to Allan Mugan which included 99 Order on Motion for Recusal. No fwd address. (ksy, ) (Entered: 01/22/2007) |
| 05/10/2007 | 103 | | PRO SE NOTICE of Change of Address as to defendant Allan C. Mugan to: US Penitentiary, PO Box 1000, Marion, IL 62959. (Change updated in system; copy of nef to defendant).(mj) (Entered: 05/10/2007) |
| 07/03/2007 | 104 | | PRO SE MOTION to Proceed In Forma Pauperis and Application for Funds by Defendant Allan Mugan. (NEF to defendant).(mj) (Entered: 07/05/2007) |
| 07/09/2007 | 105 | | ORDER denying 104 Pro Se Motion to Proceed In Forma Pauperis as to Allan Mugan (1). Signed by Judge Linda R Reade on 7/9/2007. (NEF &Order to Defendant) (bjb, ) (Entered: 07/09/2007) |
| 08/23/2007 | 107 | | PRO SE MOTION FOR TRANSCRIPTS by Defendant Allan Mugan. (NEF to defendant). (mj) (Entered: 08/23/2007) |

| | | | |
|---|---|---|---|
| 08/24/2007 | 108 | | Pro Se MOTION for Recusal by Defendant Allan Mugan. (nef to pro se filer) (de) (Entered: 08/24/2007) |
| 08/27/2007 | 109 | | PRO SE MOTION Stay Restitution re 88 USCA Judgment by Defendant Allan Mugan. Copy of NEF to Defendant.(ksy) (Entered: 08/27/2007) |
| 08/28/2007 | 110 | | ORDER denying 107 Motion for Transcript; denying 108 Motion for Recusal; and denying 109 Motion to Stay Restitution as to Allan Mugan (1). Signed by Chief Judge Linda R Reade on 8/28/2007. (de) Modified on 8/29/2007 – mailed to pro se filer. (de). (Entered: 08/28/2007) |
| 09/10/2007 | 111 | | MOTION (Pro Se) for Reconsideration of 110 Order of 8/28/07 Regarding Plaintiff's Motions for Recusal, Stay and Transcripts, by Defendant Allan Mugan. (NEF to defendant).(mj) (Entered: 09/10/2007) |
| 09/11/2007 | 112 | | ORDER denying 111 Motion Regarding Plaintiff's Motions for Recusal, Stay and Transcripts as to Allan Mugan (1) (NEF and Order to defendant). Signed by Chief Judge Linda R Reade on 9/11/2007. (bjb, ) (Entered: 09/11/2007) |
| 09/24/2007 | 113 | | Pro Se NOTICE OF APPEAL (Interlocutory)(2255) by Defendant Allan Mugan re 112 Order on Motion for Miscellaneous Relief. (Attachments: #(1) cover letter)(de) Modified on 9/24/2007 – nef to pro se filer (de). (Entered: 09/24/2007) |
| 09/24/2007 | 114 | | Pro Se MOTION for Leave to Appeal In Forma Pauperis by Defendant Allan Mugan. (Attachments: # 1 Affidavit in Support) (nef to pro se filer) (de) (Entered: 09/24/2007) |
| 10/11/2007 | 115 | | ORDER denying 114 Motion for Leave to Appeal In Forma Pauperis as to Allan Mugan (1). Signed by Judge Jon S Scoles on 10/11/07. (Stigler, Karo) (Entered: 10/11/2007) |
| 10/11/2007 | 116 | | NOA Supplement and Transmission of Notice of Appeal and Docket Sheet as to Defendant Allan Mugan to US Court of Appeals re 113 Notice of Appeal – Interlocutory/2255 (ksy, ) Copy to Defendant. (Entered: 10/11/2007) |
| 10/11/2007 | | | COURT OF APPEALS RECEIPT of Notice of Appeal and supporting documents received by USCA on: Thu Oct 11 17:27:31 CDT 2007 (Entered: 10/11/2007) |
| 10/26/2007 | 117 | | ORDER as to Defendant Allan Mugan. This matter is before the court pursuant to 8th Circuit requesting the court to refile movant's documents (107, 108, 109, 110, 111, 112, 113, 114, 115 and 116) relating to his 28:2255 in C07–3059. The Clerk shall close the interlocutory appeal in CR03–3021LRR and refile the documents in C07–3059LRR. The movant's appeal will now be processed by the Eighth Circuit Court of Appeals from C07–3059LRR. Signed by Judge Jon S Scoles on 10/26/07. (Copy to defendant and 8th Circuit; documents refiled in C07–3059LRR). (mj) (Entered: 10/26/2007) |
| 03/09/2009 | 120 | | PRO SE MOTION to Modify 63 Judgment by Allan Mugan. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G). (Filed per PDY; NEF to pro se filer). (lbb) (Entered: 03/09/2009) |

| | | | |
|---|---|---|---|
| 03/13/2009 | 121 | | ORDER re 120 PRO SE MOTION Modify re 63 Judgment, filed by Allan Mugan. The government is directed to respond to the instant motion by no later than 3/31/2009. Signed by Chief Judge Linda R Reade on 3/13/09. (Copy to Defendant) (ksy) (Entered: 03/13/2009) |
| 03/31/2009 | 122 | | RESISTANCE by United States of America as to Defendant Allan Mugan re 120 MOTION Modify re 63 Judgment, (Berry, Sean) (Entered: 03/31/2009) |
| 04/08/2009 | 123 | | ORDER denying 120 Pro Se Motion to Modify Judgment as to Allan Mugan (1). All provisions of the judgment dated 12/23/03 remain in effect. Signed by Chief Judge Linda R Reade on 4/8/09. Copy to Defendant. (ksy) (Entered: 04/08/2009) |
| 04/10/2009 | 124 | | REPLY TO RESISTANCE to 120 MOTION to Modify re 63 Judgment by Defendant Allan Mugan. (NEF to filer) (pac) (Entered: 04/10/2009) |
| 04/17/2009 | 125 | | Pro Se MOTION for Reconsideration re 123 Order on Motion for Miscellaneous Relief by Allan Mugan. (nef to pro se filer) (de) (Entered: 04/17/2009) |
| 04/21/2009 | 126 | | ORDER denying 125 Pro Se Motion for Reconsideration as to Allan Mugan (1). Signed by Chief Judge Linda R Reade on 4/21/09. (Copy to Defendant) (ksy) (Entered: 04/21/2009) |
| 05/01/2009 | 127 | | PRO SE MOTION for Leave to Appeal In Forma Pauperis by Allan Mugan. (NEF to filer) (pac) (Entered: 05/01/2009) |
| 05/01/2009 | 128 | | PRO SE NOTICE OF APPEAL (Interlocutory)(2255) by Defendant Allan Mugan re 126 Order on Motion for Reconsideration. (Appeals Clerk notified; NEF to filer) (pac) (Entered: 05/01/2009) |
| 05/04/2009 | 129 | | ORDER denying 127 Motion for Leave to Appeal In Forma Pauperis as to Allan Mugan (1). The clerk's office is directed to forward this matter to the Eighth Circuit Court of Appeals for further disposition. Signed by Chief Judge Linda R Reade on 5/4/09. (copy to Defendant) (ksy) (Entered: 05/04/2009) |
| 05/04/2009 | 130 | | NOA Supplement and Transmission of Notice of Appeal as to Defendant Allan Mugan to US Court of Appeals re 128 Notice of Appeal – Interlocutory/2255. Appeal Case Number due by 5/7/2009. (Copy to Defendant) (ksy) (Entered: 05/04/2009) |
| 05/07/2009 | 131 | | USCA Case Number as to Defendant Allan Mugan 09–2067 for 128 Notice of Appeal – Interlocutory/2255 filed by Allan Mugan. (ksy) (Entered: 05/07/2009) |
| 11/09/2009 | 133 | | JUDGMENT of USCA (certified copy) as to Allan Mugan re 128 Notice of Appeal – Interlocutory/2255: Appellant's motion for leave to proceed on appeal in forma pauperis has been considered by the Court and is granted. The court has reviewed the original file of the United States District Court. It is ordered by the court that the judgment of the district court is summarily affirmed. (Attachments: # 1 8th Circuit Correspondence) (ksy) (Entered: 11/10/2009) |
| 01/14/2010 | 136 | | ORDER of 8th Circuit Court of Appeals (certified copy) as to 128 Notice of Appeal – Interlocutory/2255 filed by Allan Mugan: Petition for rehearing by |

| | | | |
|---|---|---|---|
| | | | the panel filed by the appellant is denied. (Copy w/NEF to Defendant) (ksy) Copy to USP) (Entered: 01/14/2010) |
| 01/21/2010 | 137 | | MANDATE of USCA (certified copy) as to Allan Mugan re 133 Judgment of USCA, 128 Notice of Appeal (copy w/nef to pro se defendant) (des). (Entered: 01/21/2010) |
| 01/22/2010 | 138 | | Pro Se MOTION to Compel Clerk of the Court to Provide Exhibit by Allan Mugan. (nef to pro se filer) (de) (Entered: 01/22/2010) |
| 01/22/2010 | 139 | | ORDER denying 138 Motion to Compel as to Allan Mugan (1). Signed by Magistrate Judge Jon S Scoles on 1/22/10. (Stigler, Karo) Modified on 1/25/2010 – copy w/nef to pro se deft. (de). (Entered: 01/22/2010) |
| 03/29/2010 | | | Docket Annotation as to Defendant Allan Mugan: Judgment filed in Defendant's 2255 matter 07–cv–3059–LRR. (ksy) (Entered: 03/29/2010) |
| 01/12/2012 | 141 | | NOTICE of Receipt for Exhibits as to Defendant Allan Mugan: Exhibits marked Plaintiff's Exhibit 13 were released to United States of America. Exhibits must be kept in their original form until termination of any appeal in this matter as stated in LR 83.7(e), (f), and (g). (pac) (Entered: 01/12/2012) |
| 04/26/2016 | 144 | | PRO SE MOTION for Clarification by Allan Mugan. (ksy)(NEF to Def) (Entered: 04/26/2016) |
| 04/27/2016 | 145 | 14 | ORDER denying 144 Pro Se Motion for Clarification of Order to Pay Restitution as to Allan Mugan. Signed by Chief Judge Linda R Reade on 4/26/2016 (copy w/NEF mailed to Dft). (skm) (Entered: 04/27/2016) |
| 05/09/2016 | 146 | 16 | PRO SE NOTICE of Appeal – Interlocutory by Defendant Allan Mugan re 145 Order Denying Pro Se Motion for Clarification of Order to Pay Restitution (NEF mailed to Dft). (skm) (Entered: 05/09/2016) |
| 05/10/2016 | 147 | 18 | NOA Supplement and Transmission of Notice of Appeal as to Defendant Allan Mugan to US Court of Appeals re 146 Pro Se Notice of Appeal. Case Number due by 5/17/2016. (copy w/nef to non–ecf filer) (des) (Entered: 05/10/2016) |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>ALLAN C. MUGAN,<br><br>        Defendant. | No. CR03-3021-LRR<br><br>ORDER |

      This matter appears before the court on the defendant's motion for clarification of order to pay restitution (docket no. 144). The defendant filed such motion on April 26, 2016. During the sentencing hearing, the defendant acknowledged that he did not believe $4,500 was enough restitution to pay his wife, and the court explicitly found that the defendant agreed to pay $4,500 as restitution. Judgment entered against the defendant on December 23, 2003, and it is too late to try to challenge the restitution order. Further, this is not the first time that the court has addressed the matter of restitution post-judgment. But, once again, the defendant fails to offer anything that alters the court's prior determination as to restitution. Rather than defer the payment of restitution until some future point in time, the court appropriately concluded that restitution was due immediately, and it appropriately directed that payments be collected from wages earned in prison in accordance with the Federal Bureau of Prisons' financial responsibility program. Because the court ordered the defendant to pay restitution, the defendant should have taken steps to make payments in accordance with the Federal Bureau of Prisons' financial responsibility program. The court also appropriately determined that any portion of restitution that remained unpaid at the time of the defendant's release would become a condition of supervision. In such event, the probation office would pursue the collection

of the amount due and could request that the court establish a payment schedule. Now, aside from frivolously arguing that he should not have to pay any amount of restitution, the defendant complains about penalties. But, the records that the defendant submitted show that he is not making regular payments. Indeed, even though he admits that he could have made monthly or quarterly payments, the defendant has not made regular payments the entire time he has been in prison. Consequently, the defendant defaulted on his obligation to pay restitution. *See* 18 U.S.C. 3572(i). Accordingly, the defendant's motion for clarification of order to pay restitution (docket no. 144) is denied.

    **IT IS SO ORDERED**.

    **DATED** this 26th day of April, 2016.

_____
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA

2

Case 3:03-cr-03021-LRR   Document 145   Filed 04/27/16   Page 2 of 2   April 10 2016 p15
Appellate Case: 16-2283   Page: 15   Date Filed: 05/23/2016 Entry ID: 4401754

United States District Court
Northern District of Iowa
Central Division

RECEIVED MAY 09 2016

Linda R. Reade,
Plaintiff,

v.                                    Re: Case No. 03-3021-LRR

Allan C. Mugan,
U.S. Citizen.

## NOTICE OF APPEAL

Allan C. Mugan, with no respect at all for the district court, hereby enters his notice of appeal to the Eighth Circuit Court of Appeals appealing the Order dated April 26, 2016.

Mugan will submit his brief to the Eighth Circuit upon receiving instructions from the clerk.

Date: May 3, 2016

Allan C. Mugan 08953-029
FCI - Englewood
9595 W. Quincy Ave.
Littleton, CO. 80123

FCI-Low
Federal Correctional Institution
9595 W. Quincy Ave.
Littleton, CO. 80123

DENVER CO 802

05 MAY 2016 PM 2 L

5/5/16-SCM



⇔08953-029⇔
Clerk of Court
Northern District of Iowa
111 7TH AVE SE
5th Floor
Cedar Rapids, IA 52401-2101
United States

| | |
|---|---|
| **CAPTION:** | **CASE NO:** |
| USA v MUGAN | CR03-3021-LRR |
| **APPELLANT:** | **APPELLANT ADDRESS or ATTORNEY'S ADDRESS:** |
| ALLAN MUGAN | Allan Mugan<br>Engelwood<br>Federal Correctional Institution<br>9595 West Quincy Avenue<br>Littleton, CO 80123 |
| **APPELLEE:** | **APPELLEE ATTORNEY ADDRESS:** |
| UNITED STATES OF AMERICA | Sean Berry<br>US Attorney's Office<br>111 - 7th Ave. SE, Box 1<br>Cedar Rapids, IA 52401<br>319-363-6333 |
| **COURT REPORTER(S):** | **PROCEEDING:** |
| N/A | |

**LENGTH OF TRIAL: N/A**   **FEE PAID? N**   **IFP FILED? N**   **IFP PENDING? N**

**CRIMINAL ATTORNEY:** Ann Laverty   **PENDING MOTIONS: N**

**LOCAL INTEREST? N**   **SIMULTANEOUS RELEASE? N**

**CRIMINAL CASES/PRISONER PRO SE CASES ONLY**:
Is Defendant incarcerated? **Yes**   If yes, where:

Federal Correctional Institution Englewood

Please list all other defendants in this case if there were multiple defendants:

*Please return files and documents to:*   *Contact Person:*

*U.S. District Clerk - Northern District of Iowa*   /s/ des
*320 Sixth Street, Suite 301*   712-233-3841
*Sioux City, IA 51101*

**Special Comment**: